Brian J. Mankin, Esq. [CSB No. 216228]
brian@lmlfirm.com
Kristina Bui Carlson, Esq. [CSB No. 294924]
kristina@lmlfirm.com
LAUBY, MANKIN & LAUBY LLP
5198 Arlington Avenue, PMB 513
Riverside, CA 92504
Tel: (951) 320-1444
Fax: (951) 320-1445

Attorneys for Anthony Freeman, on a representative basis and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ALEXANDER VALLEJO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>STERIGENICS U.S., LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants; | Case No.: 3:20-cv-01788-AJB-AHG<br>[Assigned to Hon. Anthony J. Battaglia]<br><br>**ANTHONY FREEMAN'S MOTION TO APPEAR TELEPHONICALLY OR BY VIDEO CONFERENCE**<br><br>Date: September 25, 2023<br>Time: 3:00 pm<br>Ctrm: 4A |
|---|---|

TO THE COURT AND ALL INTERESTED PARTIES:

Anthony Freeman hereby respectfully moves this Court to permit himself, by and through his counsel of record, to appear and participate telephonically or by videoconference at the Final Approval Hearing on September 25, 2023. Kristina Bui Carlson, attorney of the law firm Lauby, Mankin & Lauby LLP, is counsel of record in this case, and her principal office is located at 11801 Pierce Street, Suite 200, Riverside, CA 92505. Allowing counsel to appear and participate in this

hearing via the ZOOMGOV platform is consistent with the Court's rules permitting remote appearance and will promote just, speedy, and inexpensive participation in the Court hearing on the pending Final Approval.

Dated: September 25, 2023                LAUBY, MANKIN & LAUBY LLP

                                        BY:         *s/ Kristina Bui Carlson*
                                                   Brian J. Mankin, Esq.
                                                   Kristina Bui Carlson, Esq.
                                                   Attorneys for Anthony Freeman

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

Executed on September 25, 2023, at Riverside, California.

                                              *s/ Kristina Bui Carlson*
                                              Kristina Bui Carlson